# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeown, Mary M | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>06/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____    Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Advisors | RAND Institute for Civil Justice |
| 2. Board of Advisors | American Judicature Society |
| 3. Board of Visitors | Georgetown University Law Center |
| 4. Board of Directors | Association of Business Trial Lawyers - San Diego |
| 5. Board of Directors | Volunteers of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| | |
| 2. | |

DISCLOSURE FINANCIAL OFFICE    JUN 14 10 36 AM '06    RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 05 | Univ of San Diego Law School - Teaching | $ 20,000 |
| 2. March 05 | Univ of San Diego Law School- Teaching | $ 4,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Private Consulting |
| 2. 2005 | University of California San Diego |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Volunteers of America | 2/26/05-2/27/05 Long Beach CA - Board Meeting (transportation, lodging, meals) |
| 2. University of San Diego | 7/22/05-7/29/05 Paris France - Law Foreign Programs (transportation, lodging, meals) |
| 3. World President's Organization | 5/5/05-5/6/05 Washington DC - Lecture (transportation, lodging, meals) |
| 4. Georgetown University | 5/19/05-5/22/05 Washington DC - Commencement (transportation, lodging, meals) |
| 5. Kings County WA Bar Association | 6/24/05 Seattle WA - Bar Association Ceremony (transportation, lodging) |
| 6. American Bar Association | 8/4/05-8/7/05 Chicago IL- Committee Meeting (transportation, lodging, meals) |
| 7. Volunteers of America | 10/7/05 Milwaukee WI - Board Meeting (transportation, lodging, meals) |

| | |
|---|---|
| 8. American Bar Association | 10/14/05-10/16/05 Chicago IL - Committee Meeting (transportation, lodging, meals) |
| 9. Rand Institute | 10/26/05-10/28/05 Pentagon City, Washington DC - ICJ Board Meeting (transportation lodging, meals) |
| 10. Washington State Bar Association | 12/2/05 Seattle WA - Antitrust CLE Program (transportation, lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America #1 | A | Interest | L | T | | | | | |
| 2. Bank of America #2 | B | Interest | L | T | | | | | |
| 3. Banc of American Investment Services #3 | | | | | | | | | |
| 4. -Cash/Columbia Muni Reserve | A | Interest | K | T | | | | | |
| 5. -Amazon.com | | None | J | T | | | | | |
| 6. Time Warner (formerly known as AOL) | | None | J | T | | | | | See Part VIII for detail |
| 7. -EMC Corp Mass | | None | J | T | | | | | |
| 8. -Internap Network Svcs | | None | J | T | | | | | |
| 9. -MCI Worldcom Inc. | | None | J | T | | | | | |
| 10. -McData Corp CL A | | None | J | T | | | | | |
| 11. -McLeod Inc. | | None | J | T | | | | | |
| 12. -Microsoft | A | Dividend | K | T | | | | | |
| 13. -Columbia Muni Reserve | A | Dividend | K | T | Merger | | | | See Part VIII for detail |
| 14. - Symbol Tech | A | Dividend | J | T | | | | | |
| 15. -United Global/Liberty Global | | None | J | T | Merger | | | | See Part VIII for detail |
| 16. Banc of America Investment Services #4 | | | | | | | | | |
| 17. -Cash/Columbia Muni Reserve | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America #5 | A | Interest | J | T | | | | | |
| 19. Boeing common | A | Dividend | J | T | | | | | |
| 20. College Savings Bank - Princeton | C | Interest | L | T | | | | | |
| 21. Bank of America #7 | | | | | | | | | |
| 22. -Conn. State Bonds | | None | K | T | | | | | |
| 23. Bank of America #8 | | | | | | | | | |
| 24. - Bank of America CD | B | Interest | M | T | Buy | 12/24 | M | | |
| 25. Fidelity #1 | | | | | | | | | |
| 26. -Fidelity Select Tech | A | None | J | T | | | | | |
| 27. -Janus Worldwide | A | Dividend | J | T | | | | | |
| 28. Fidelity Annuity #2 | | None | K | T | | | | | |
| 29. -Fidelity VIP Contra | | None | K | T | | | | | |
| 30. -Fidelity VIP Growth | | None | J | T | | | | | |
| 31. IBM common | A | Dividend | J | T | | | | | |
| 32. Lincoln Mutual Insurance | A | Interest | J | T | | | | | |
| 33. Minnesota Life Insurance (X) | A | Interest | J | T | Inheritance | | | | |
| 34. Schwab Acct #1- Markman | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Aegis Value | A | Dividend | K | T | | | | | |
| 36. -Alpine U.S. Real Estate | A | Dividend | K | T | | | | | |
| 37. -Cash/Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 38. -Dreyfus Premier Emerging | A | Dividend | K | T | | | | | |
| 39. -FBR Small Cap Financial | A | Dividend | K | T | | | | | See Part VIII for detail |
| 40. -FBR Small Cap Fund | A | Dividend | K | T | | | | | |
| 41. -Matthew Asian Growth | A | Dividend | K | T | | | | | |
| 42. -Northeast Investors | B | Dividend | K | T | Partial sale | 5/9 | J | A | |
| 43. -Olstein Fin.Alert | A | Dividend | K | T | | | | | |
| 44. -PIMCO Emerging Markets | B | Dividend | K | T | Partial sale | 5/9 | J | A | |
| 45. -PIMCO Total Return | A | Dividend | K | T | | | | | |
| 46. -Schwab Money Fund | | None | | | Merged | 12/31 | J | | See Part VIII for detail |
| 47. -Stratton Monthly | B | Dividend | K | T | | | | | |
| 48. -U.S. Global Inv. | B | Dividend | K | T | Partial sale | 3/30 | J | A | |
| 49. -Utility Holders Trust | A | Dividend | K | T | Buy | 5/12 | K | | |
| 50. Schwab Acct #2 | | | | | | | | | |
| 51. -Cash/Schwab Bank Sweep | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Danaher Corp | A | Dividend | J | T | | | | | |
| 53. -Jensen | A | Dividend | K | T | | | | | |
| 54. -Qualcomm | A | Dividend | J | T | Buy | 5/18 | J | | See Part VIII for detail |
| 55. -Schwab Value Advantage | B | Dividend | L | T | | | | | |
| 56. Schwab Acct #3 | | | | | | | | | |
| 57. -Cash/Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 58. -Cisco Systems | | None | J | T | | | | | |
| 59. -EMC Storage | | None | J | T | | | | | |
| 60. -Grupo Simec SA | | None | J | T | | | | | |
| 61. -Intel Corp common | A | Dividend | J | T | | | | | |
| 62. -Internap Network Svc | | None | J | T | | | | | |
| 63. -Julius Baer Intl Equity | A | Dividend | K | T | | | | | |
| 64. -Juniper Networks | | None | J | T | | | | | |
| 65. -King Cnty Wash 4.90% 03 | A | Interest | J | T | | | | | |
| 66. -Level 3 Communications | | None | J | T | | | | | |
| 67. -McData | | None | J | T | | | | | |
| 68. -McLeod USA Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 70. -Nextel /Sprint | A | Dividend | K | T | Partial Sale | 8/17 | J | A | See Part VII for detail |
| 71. -Nortel Networks CP New | A | Dividend | J | T | | | | | |
| 72. -Openwave Systems | | None | J | T | | | | | |
| 73. -Pioneer Muni Bond Fund | A | Dividend | J | T | | | | | See Part VIII for detail |
| 74. -Safeco Muni Bond | | None | | | Merger | | | | See Part VIII for detail |
| 75. -Schwab Money Fund | | None | | | | | | | See Part VIII for detail |
| 76. -Quantum Foreign Value Fund | A | Dividend | J | T | | | | | |
| 77. -Silicon Image Inc. | | None | J | T | | | | | |
| 78. -T.Rowe Price Financial | A | Dividend | J | T | | | | | |
| 79. -Vitesse Semiconductor | | None | J | T | | | | | |
| 80. Schwab Acct #4 | | | | | | | | | |
| 81. -Alger American Growth | | None | K | T | | | | | |
| 82. -American Century VP Intl | | None | J | T | | | | | |
| 83. -Baron Capital Asset | | None | J | T | | | | | |
| 84. -Investco VIP Tech Fund | | None | J | T | | | | | |
| 85. -Schwab S&P 500 Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | · 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Tully's Coffee | | None | J | T | | | | | |
| 87. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 88. Trust #1 | | | | | | | | | |
| 89. -Cash (Bank of America) | A | Interest | J | T | | | | | |
| 90. -Fidelity Blue Chip | A | Dividend | K | T | | | | | |
| 91. -Fidelity Discover Fund | A | Dividend | J | T | | | | | |
| 92. -Fidelity Growth & Income | D | Dividend | L | T | | | | | |
| 93. 403b #1- Fidelity Investments | | | | | | | | | |
| 94. -Fidelity Contra | | None | M | T | | | | | |
| 95. -Fidelity Euro Cap Appr | B | Dividend | L | T | | | | | |
| 96. -Fidelity Select Tech | B | Dividend | K | T | | | | | |
| 97. IRA #1 | | | | | | | | | |
| 98. -Templeton Foreign | A | Dividend | K | T | | | | | |
| 99. IRA #2 | | | | | | | | | |
| 100. -Templeton World | D | Dividend | M | T | | | | | |
| 101. 401K #1 | | | | | | | | | |
| 102. -Cash/Vanguard MMF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Van Index Trust | | None | N | T | | | | | |
| 104. -Vanguard Primcap | | None | M | T | | | | | |
| 105. -Vanguard Intl Value | | None | N | T | | | | | |
| 106. -Vanguard US Growth | | None | J | T | | | | | |
| 107. -VMNR Windsor II | | None | N | T | | | | | |
| 108. SEP IRA -Bank of America | | | | | | - | | | |
| 109. -American Balanced Class A | | None | K | T | | | | | |
| 110. -Columbia Cash Reserve | A | Dividend | J | T | Merge | | | | See Part VIII for detail |
| 111. Perkins Building Partnership | G | Distribution | J | W | | | | | See Part VIII for detail |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Colunm C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M | 06/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII:

Line 6 :  Name was changed from AOL to Time Warner.

Line 13:  Formerly known as Nations Muni Reserve Advisor.

Line 15:  Formerly known as United Global.

Line 39:  This stock is still owned in 2005. It was only a partial sale in 2004.

Line 46:  Schwab Money Fund is merged and shown with Schwab Bank Sweep on line 37.

Line 54:  This stock was purchased May 18, 2005. It was  reported on prior report as purchased May 18, 2004.

Line 70:  Name was changed from Nextel to Sprint. There was a partial sale of Nextel stock.

Line 73:  Pioneer Muni Bond Fund was formerly known as Safeco Muni Bond Fund.

Line 74:  Safeco Muni Bond Fund is now called Pioneer Muni Bond Fund as is shown on line 73.

Line 75:  Schwab Money Fund is now called Schwab Bank Sweep and is included on line 57.

Line 110:  Columbia Cash Reserve was formerly known as Nations Muni Reserve Advisor.

Line 111:  This asset is a partnership that owned a building. It was reported previously as "Perkin Coie Building". The building was sold to TWB Investments during 2005 with a capital gain,  rental income before sale, and some interest income.  There was also a distribution of cash to the partners. The partnership interest is still held until final dissolution of the partnership.

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date June 12, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544